**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 609 MAL 2018 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| JAMES F. SINKOVITZ, | : | |
| | : | |
| Petitioner | : | |

**ORDER**

**PER CURIAM**

     **AND NOW**, this 19th day of February, 2019, the Petition for Allowance of Appeal is **DENIED**.